FILED
2016 Jan-15 PM 04:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit B
# Part 2

IN THE UNITED STATES COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

|  |  |
|---|---|
| AURORA LOAN SERVICES, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CARTHENIA W. JEFFERSON )<br>)<br>Defendant )<br>)<br>FEDERAL NATIONAL )<br>MORTGAGE ASSOCIATION, )<br>SIROTE & PERMUTT, PC, )<br>NATIONSTAR MORTGAGE, , QBE )<br>FIRST INSURANCE AGENCY, )<br>INC., BALBOA INSURANCE )<br>COMPANY, and QBE AMERICAS, )<br>INC., )<br>)<br>Counter-Defendants. )<br>) | Case No.<br>_____ |

## FEDERAL NATIONAL MORTGAGE ASSOCIATION'S
## CONSENT TO REMOVAL

Defendant Federal National Mortgage Association hereby consents to and joins the Notice of Removal filed by Defendants QBE First Insurance Agency, Inc., QBE America, Inc., and Balboa Insurance Company in the above-captioned matter.

Respectfully submitted this the 15th day of January, 2016.

*Amanda M. Beckett*
_____
AMANDA M. BECKETT
ASB-1884-N75B
**RUBIN LUBLIN, LLC**
428 North Lamar Blvd., Suite 107
Oxford, MS 38655
(601) 398-0153
abeckett@rubinlublin.com
*Attorney for Federal National Mortgage Association*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 15th day of January, 2016, I have caused a true and exact copy of the above and foregoing to be served on counsel of the record by electronic filing and/or by U.S. First Class Mail, postage prepaid to the following:

Kenneth James Lay
Hood & Lay, LLC
1117 22nd Street, South
Birmingham, AL 3205

Ginny Wilcox Leavens
Balch & Bingham LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, AL 35203

Kevin A. Rogers
Wells Marble & Hurst, PLLC
200 Concourse, Suite 200
Ridgeland, MS 39157

*/s/ Amanda M. Beckett*
AMANDA M. BECKETT
ASB-1884-N75B

3