FILED
 2016 Jan-15  PM 05:37
U.S. DISTRICT COURT
    N.D. OF ALABAMA

# IN THE UNITED STATES COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **AURORA LOAN SERVICES, LLC,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**CARTHENIA W. JEFFERSON** )<br>)<br>Defendant/Counter-Plaintiff )<br>)<br>v. )<br>)<br>**FEDERAL NATIONAL** )<br>**MORTGAGE ASSOCIATION,** )<br>**SIROTE & PERMUTT, PC,** )<br>**NATIONSTAR MORTGAGE, LLC,** )<br>**QBE FIRST INSURANCE AGENCY,** )<br>**INC., BALBOA INSURANCE** )<br>**COMPANY, and QBE AMERICA,** )<br>**INC.,** )<br>)<br>Counter-Defendants. ) | Case No. 2:16-cv-00078-TMP |

## CORPORATE DISCLOSURE STATEMENT
## OF NATIONSTAR MORTGAGE LLC

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Nationstar Mortgage LLC makes the following disclosure:

1. Defendant Nationstar Mortgage LLC, a Delaware limited liability company, is directly owned by two (2) entities: (i) NationstarSub1 LLC, a Delaware limited liability company (owning 99% of Nationstar Mortgage LLC)

1420977.1

and (ii) Nationstar Sub2 LLC, a Delaware limited liability company (owning 1% of Nationstar Mortgage LLC).

2. Both NationstarSub1 LLC and Nationstar Sub2 LLC are 100% owned by Nationstar Mortgage Holdings Inc., a Delaware corporation.

3. Nationstar Mortgage Holdings Inc. is a publicly traded corporation. Approximately 80% of the stock of Nationstar Mortgage Holdings Inc. is owned by FIF HE Holdings LLC, a Delaware limited liability company. Approximately 20% of the stock of Nationstar Mortgage Holdings Inc. is owned by public stockholders.

Respectfully submitted this the 15th day of January, 2016.

/s Ginny B. Willcox Leavens
Attorney for Defendant Nationstar Mortgage, LLC

**OF COUNSEL:**
Gregory C. Cook
Ginny Willcox Leavens
Balch & Bingham LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, AL 35203-4642
Telephone: (205) 251-8100
E-mail:  gcook@balch.com
         gwillcox@balch.com

1420977.1                                2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 15th day of January, 2016, I have caused a true and exact copy of the above and foregoing to be served on counsel of the record by electronic filing and/or by U.S. First Class Mail, postage prepaid to the following:

Kenneth James Lay
Hood & Lay, LLC
1117 22nd Street, South
Birmingham, AL 35205
*Attorney for Plaintiff*

Amanda M. Beckett
Bret Chaness
RUBIN LUBLIN, LLC
428 North Lamar Blvd., Suite 107
Oxford, MS 38655
*Attorney for Federal National Mortgage Association*

Kevin A. Rogers
Wells Marble & Hurst, PLLC
200 Concourse, Suite 200
Ridgeland, MS 39157
*Attorney for QBE First Insurance Agency, Inc.,*
*Balboa Insurance Company, and QBE Americas, Inc.*

                                                */s Ginny B. Willcox Leavens`*
                                                Of Counsel