# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| AURORA LOAN SERVICES, LLC<br><br>    Plaintiff,<br><br>v.<br><br>CARTHENIA W. JEFFERSON,<br><br>    Defendant,<br><br>v.<br><br>AURORA LOAN SERVICES, LLC, FEDERAL NATIONAL MORTGAGE ASSOCIATION, SIROTE & PERMUTT, PC, NATIONSTAR MORTGAGE, QBE FIRST INSURANCE AGENCY, INC., BALBOA INSURANCE COMPANY, and QBE AMERICA, INC.,<br><br>    Counter-Defendants. | Case No. 2:16-cv-00078-TMP |

## NOTICE OF APPEARANCE

COMES NOW, Amanda M. Beckett, of the firm Rubin Lublin, LLC, and hereby files her Notice of Appearance on behalf of Federal National Mortgage Association ("Fannie Mae"),[1] and requests that all papers be served upon:

Amanda M. Beckett
Rubin Lublin, LLC
428 North Lamar Blvd., Suite 107
Oxford, MS 38655

---

[1] Fannie Mae's consent to removal is filed at [Doc. 1-11].

1

Respectfully submitted this the 19th day of January, 2016.

> */s/ Amanda M. Beckett*
> AMANDA M. BECKETT
> ASB-1884-N75B
> **RUBIN LUBLIN, LLC**
> 428 North Lamar Blvd., Suite 107
> Oxford, MS 38655
> (601) 398-0153
> abeckett@rubinlublin.com
>
> *Attorney for Federal National Mortgage Association*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this the 19th day of January, 2016, I have caused a true and exact copy of the above and foregoing to be served on counsel of the record by electronic filing and/or by U.S. First Class Mail, postage prepaid to the following:

Kenneth James Lay
Hood & Lay, LLC
1117 22nd Street, South
Birmingham, AL 35205

Ginny Wilcox Leavens
Balch & Bingham LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, AL 35203

Kevin A. Rogers
Wells Marble & Hurst, PLLC
300 Concourse, Suite 200
P.O. Box 131
Ridgeland, MS 39205

                                    */s/ Amanda M. Beckett*
                                    AMANDA M. BECKETT
                                    ASB-1884-N75B