IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AURORA LOAN SERVICES, LLC<br><br> Plaintiff,<br><br>v.<br><br>CARTHENIA W. JEFFERSON,<br><br> Defendant,<br><br>v.<br><br>AURORA LOAN SERVICES, LLC, FEDERAL NATIONAL MORTGAGE ASSOCIATION, SIROTE & PERMUTT, PC, NATIONSTAR MORTGAGE, QBE FIRST INSURANCE AGENCY, INC., BALBOA INSURANCE COMPANY, and QBE AMERICA, INC.,<br><br> Counter-Defendants. | Case No. 2:16-cv-00078-TMP |

**CORPORATE DISCLOSURE STATEMENT**

 Pursuant to Fed. R. Civ. P. 7.1, Federal National Mortgage Association ("Fannie Mae") makes the following disclosure:

 Fannie Mae is a government sponsored enterprise currently under conservatorship status. The Federal Housing Finance Agency ("FHFA"), an agency of the United States Government, succeeded to all rights, titles, powers and privileges of Fannie Mae, and of any stockholder, officer or director of Fannie Mae, with respect to Fannie Mae and its assets. As an agency of the federal government, FHFA is exempt from Fed. R. Civ. P. 7.1

1

Respectfully submitted this the 19th day of January, 2016.

                     */s/ Amanda M. Beckett*
                     AMANDA M. BECKETT
                     ASB-1884-N75B
                     **RUBIN LUBLIN, LLC**
                     428 North Lamar Blvd., Suite 107
                     Oxford, MS 38655
                     (601) 398-0153
                     abeckett@rubinlublin.com

                     *Attorney for Federal National Mortgage Association*

**CERTIFICATE OF SERVICE**

  I hereby certify that on this the 19th day of January, 2016, I have caused a true and exact copy of the above and foregoing to be served on counsel of the record by electronic filing and/or by U.S. First Class Mail, postage prepaid to the following:

Kenneth James Lay
Hood & Lay, LLC
1117 22nd Street, South
Birmingham, AL 35205

Ginny Wilcox Leavens
Balch & Bingham LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, AL 35203

Kevin A. Rogers
Wells Marble & Hurst, PLLC
300 Concourse, Suite 200
P.O. Box 131
Ridgeland, MS 39205

            */s/ Amanda M. Beckett*
            AMANDA M. BECKETT
            ASB-1884-N75B