FILED

2016 Jan-27  AM 09:45
U.S. DISTRICT COURT
N.D. OF ALABAMA



# IN THE UNITED STATES COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| AURORA LOAN SERVICES, LLC,   ) | |
|                       ) | |
|        Plaintiff,      ) | |
|                       ) | |
| v.                      ) | |
|                       ) | |
| CARTHENIA W. JEFFERSON   ) | |
|                       ) | |
|     Defendant/Counter-Plaintiff   ) | |
|                       ) | |
| v.                      ) | CASE NO. 2:16-CV-00078-TMP |
|                       ) | |
| FEDERAL NATIONAL      ) | |
| MORTGAGE ASSOCIATION,   ) | |
| SIROTE & PERMUTT, PC,    ) | |
| NATIONSTAR MORTGAGE, LLC,  ) | |
| QBE FIRST INSURANCE AGENCY, ) | |
| INC., BALBOA INSURANCE    ) | |
| COMPANY, and QBE AMERICA,   ) | |
| INC.,                     ) | |
|                       ) | |
|      Counter-Defendants.   ) | |

## JOINDER BY NATIONSTAR MORTGAGE, LLC
## IN MOTION TO REALIGN THE PARTIES

Nationstar Mortgage, LLC ("Nationstar") joins QBE First Insurance

Agency, Inc., QBE Americas, Inc., and Balboa Insurance Company ("Balboa") in

the Motion to Realign the Parties filed on January 22, 2016. (Doc. 10.)  Without

waiving any arguments set forth in Nationstar's Motion to Set Aside and Motion to

Strike or Dismiss (Doc. 11), Nationstar hereby adopts that submission by incorporation as if set forth fully herein.

Respectfully submitted this the 27th day of January, 2016.

/s/ Ginny Willcox Leavens
Attorney for Defendant Nationstar
Mortgage, LLC

**OF COUNSEL:**
Gregory C. Cook
Ginny Willcox Leavens
Balch & Bingham LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, AL 35203-4642
Telephone: (205) 251-8100
E-mail:  gcook@balch.com
          gwillcox@balch.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 27th day of January, 2016, I have caused a true and exact copy of the above and foregoing to be served on counsel of the record by electronic filing and/or by U.S. First Class Mail, postage prepaid to the following:

Kenneth James Lay
Hood & Lay, LLC
1117 22nd Street, South
Birmingham, AL 35205
*Attorney for Plaintiff*

Bret Chaness
Amanda M. Beckett
RUBIN LUBLIN, LLC
428 North Lamar Blvd., Suite 107

Oxford, MS 38655
*Attorney for Federal National Mortgage Association*

Kevin A. Rogers
Wells Marble & Hurst, PLLC
200 Concourse, Suite 200
Ridgeland, MS 39157
*Attorney for QBE First Insurance Agency, Inc.,*
*Balboa Insurance Company, and QBE Americas, Inc.*

*Ginny Willcox Leavens*    `
Of Counsel