IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AURORA LOAN SERVICES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:16-cv-78-TMP |
| ) | |
| CARTHENIA W. JEFFERSON, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| vs. ) | |
| ) | |
| FEDERAL NATIONAL ) | |
| MORTGAGE ASSOCIATION, ) | |
| SIROTE & PERMUTT, PC, ) | |
| BALBOA INSURANCE ) | |
| COMPANY, QBE AMERICA, ) | |
| INC., QBE FIRST INSURANCE ) | |
| AGENCY, INC., NATIONSTAR ) | |
| MORTGAGE, LLC, ) | |
| ) | |
| Counter Defendants. ) | |

**ORDER**

On January 22, 2016, the counter defendants QBE First Insurance Agency, Inc., QBE Americas, Inc., and Balboa Insurance Company filed a motion to strike and dismiss in the above-styled cause originally assigned to the undersigned magistrate judge. (Doc. #9). Pursuant to the General Order For Referral of Civil

Matters to the United States Magistrate Judges of the Northern District of Alabama, dated January 2, 2015, the parties are hereby notified that, unless they unanimously consent to the exercise of dispositive jurisdiction by the magistrate judge pursuant to 28 U.S.C. § 636(c) by no later than March 7, 2016, the case will be reassigned to a randomly-drawn district judge for all purposes.  In the absence of consent by the all parties, the Clerk is hereby DIRECTED to reassign the case without further order after March 7, 2016.

The parties are directed to use the magistrate judge consent form on the CM/ECF system to elect or decline the exercise of magistrate judge jurisdiction.  Unlike in the past, a party can now complete the consent form electronically and submit it through the Court's CM/ECF filing system at the following web address: https://ecf.alnd.uscourts.gov.  If a party submits the form electronically, the form will be delivered directly to the Clerk.  It will not be filed on the docket sheet, and no judge will have access to the form.  Alternatively, a party may print the form, complete it manually, and submit it to the Clerk's office.

You may withhold consent without adverse consequences.  The identity of any party who consents to magistrate judge jurisdiction will remain unknown to the undersigned unless consent is unanimous.  The undersigned will only learn of a party's election to consent where all parties have consented.  In the event fewer than all of the parties elect to consent, the Clerk will not inform the undersigned of

the identity of the non-consenting party/parties.  If all parties consent, a magistrate judge will exercise full and final dispositive jurisdiction, and all appeals will lie directly with the appropriate United States Court of Appeals.

A **telephone status conference with the magistrate judge is hereby SET for 11:00 AM on Tuesday, February 23, 2016.**  The parties are directed to call 888-636-3807 access code 3676046 at designated time.  If **all** parties submit an executed consent form **twenty-four (24) hours before** the date of the status conference, the status conference will be cancelled.

DONE this 29th day of January, 2016.

_____
T. MICHAEL PUTNAM
UNITED STATES MAGISTRATE JUDGE